No. 81–2117. MISSOURI *v.* KANE; MISSOURI *v.* THOMPSON; and MISSOURI *v.* ARNOLD. Sup. Ct. Mo. Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted. Judgments vacated and cases remanded for further consideration in light of *Missouri* v. *Hunter, ante,* p. 359. Reported below: 629 S. W. 2d 372 (first case); 629 S. W. 2d 369 (second case); 628 S. W. 2d 665 (third case).

No. 82–3. JOINT COUNCIL OF TEAMSTERS NO. 42 ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Shepard* v. *NLRB, ante,* p. 344.